## GOLDBERG & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. February 16, 1897.)

CUSTOMS DUTIES.

TOWNSEND, District Judge (orally). The decision of the board of general appraisers, affirming the action of the collector of customs, is affirmed, under the rulings of the circuit court of appeals in Merwin v. Magone, 17 C. C. A. 361, 70 Fed. 776, U. S. v. China & Japan Trading Co., 18 C. C. A. 335, 71 Fed. 864, and Matheson & Co. v. U. S., 18 C. C. A. 143, 71 Fed. 394.

---

## THE RESTLESS.

BURTIS v. THE RESTLESS. MOQUIN–OFFERMAN–HEISSENBUTTEL COAL CO. v. SAME. TRAHEY et al. v. SAME. RUTHER v. SAME. SEEMANN v. SAME. GUINAN et al. v. SAME. SULLIVAN v. SAME. HURLEY v. SAME.

(District Court, E. D. New York. December 2, 1896.)

ADMIRALTY—SALE OF VESSEL—LIENS UNDER STATE LAWS.

Macklin, Cushman & Adams, for Burtis and Trahey.
Peter S. Carter, for Ruther, Seemann, and Guinan.
Alexander & Ash, for Moquin-Offerman-Heissenbuttel Coal Co.
James Troy, for Sullivan and Hurley.

BENEDICT, District Judge. In this case the same questions arise as in the case of The Glen Iris, 78 Fed. 511, except that there is no claim for damage by negligent towing, and no necessity for making a rest in any of the monthly bills on that account. Let the fees of the officers of court be first paid, and then the claims for which libels had been filed within 40 days of the date of each monthly bill, with costs pro rata, if there be not enough for all.